UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE, IN DIVISION

| | | |
|---|---|---|
| Craig Woodruff | ) | |
| Cara Woodruff | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | NO |
| | | 4:05-cv-00020-AS-APR |
| vs. | ) | |
| | ) | |
| ALCOA, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM, ORDER AND OPINION**

This Matter is before the Court on the Parties Joint Motion to Extend Case Management Deadlines (Doc. No. 22). That motion is **GRANTED.** The following deadlines are now effective:

1) Discovery regarding non-expert liability and damages shall be completed on or before **April 28, 2006**;

2) Expert discovery regarding liability and damages shall be completed on or before **June 5, 2006;**

3) Plaintiffs' expert witnesses shall be identified on or before **April 3, 2006;**

4) Defendant's expert witnesses shall be identified on or before **May 3, 2006;**

5) Dispositive motions shall be filed on or before **June 30, 2006;**

6) Responses to Dispositive Motions shall be filed on or before **August 20, 2006;**

7) The trial date, currently set for May 30, 2006 is hereby **VACATED**.  A new trial date will be set at a later date.

**SO ORDERED.**

**Date: February 28, 2006**              S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**